**Ronald COLEMAN, Plaintiff–Appellant,**

v.

**Rudolph GIULIANI, Safire, Commissioner, New York Police Dept., Defendants–Appellees.**

**No. 03–7933.**

United States Court of Appeals, Second Circuit.

Sept. 29, 2004.

Ronald Coleman, Hempstead, NY, for Plaintiff–Appellant, pro se.

Present: Hon. RICHARD J. CARDAMONE, Hon. JOSEPH J. MCLAUGHLIN, and Hon. RICHARD C. WESLEY, Circuit Judges.

SUMMARY ORDER

Familiarity by the parties is assumed as to the facts, the procedural context, and the specification of appellate issues. After undertaking *de novo* [1] review of the district court judgment dismissing plaintiff's complaint for failure, *inter alia,* to comply with Rule 8 of the Federal Rules of Civil Procedure, we now affirm. Plaintiff's initial and amended complaints are unintelligible, and thus fail to give " 'fair notice of what the plaintiff's claim is and the grounds upon which it rests.' " *Swierkiewicz v. Sorema, N.A.,* 534 U.S. 506, 512, 122 S.Ct. 992, 152 L.Ed.2d 1 (2002) (quoting *Conley v. Gibson,* 355 U.S. 41, 47, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957)). For this and other reasons, the district court properly dismissed plaintiffs's action without prejudice.

Accordingly, for the reasons set forth above, the judgment of the district court is hereby AFFIRMED.

---

1. While it is clear that this Court reviews a dismissal under Rule 8 for abuse of discretion, *see Kittay v. Kornstein,* 230 F.3d 531, 541 (2d Cir.2000), the standard of review generally applied to a district court's *sua sponte* dismissal of a fee-paid complaint remains unclear. *See Fitzgerald v. First East Seventh St. Tenants Corp.,* 221 F.3d 362, 364 n. 2 (2d Cir.2000); *cf. Giano v. Goord,* 250 F.3d 146, 149–50 (2d Cir.2001) (employing *de novo* review of *sua sponte* dismissals under 28 U.S.C. § 1915(e) (2001)). Given this uncertainty, and given the complete clarity of the result even under *de novo* review, we engage in *de novo* review.